**No. 11-5443. Larry Porter, Petitioner v. Glenn Goord, et al.**

565 U.S. 907, 132 S. Ct. 312, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5912.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 415 Fed. Appx. 315.

**No. 11-5444. Drexell Ellis, Petitioner v. Illinois.**

565 U.S. 907, 132 S. Ct. 312, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5752.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 403 Ill. App. 3d 1101, 373 Ill. Dec. 148, 993 N.E.2d 148.

**No. 11-5445. Daniel Eric Cobble, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.**

565 U.S. 908, 132 S. Ct. 312, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5782.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5446. Angela Larkin, Petitioner v. United States.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 6050.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 629 F.3d 177.

**No. 11-5447. Anthony Frank Jaime, Petitioner v. V. M. Almager, Warden.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5890.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5448. Hilliard Nelson, Petitioner v. Skippy Leek, Circuit Clerk, Desha County Circuit Court.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5825.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5449. William N. Oliver, Petitioner v. Doctor Kanan, et al.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 192, 2011 U.S. LEXIS 5877.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 481.